IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| REGGIE CHURCHWELL, | ) | |
| | ) | |
| v. | ) | NO. 3:10-0738 |
| | ) | JUDGE CAMPBELL |
| WTVA, INC. d/b/a WTVA. | ) | |

ORDER

Pending before the Court is Defendant WTVA's Motion to Dismiss or, in the Alternative, to Transfer Venue (Docket No. 5). For the reasons stated in the accompanying memorandum, the Motion is GRANTED. This case is transferred to the United States District Court for the Northern District of Mississippi. The Clerk of Court shall take all necessary actions to make the transfer.

IT IS SO ORDERED.

.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE